# UNITED STATES DISTRICT COURT

### Western District of Arkansas

| | |
|---|---|
| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
| v. | (For **Revocation** of Probation or Supervised Release) |

LEE HALL, III

| | |
|---|---|
| Case No. | 2:13CR20005-001 |
| USM No. | 11267-010 |

James B. Pierce
_____
Defendant's Attorney

## THE DEFENDANT:

X  entered a no contest plea to a    <u>mandatory condition (see below)</u>  of the term of supervision.

☐  was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | New Law Violation- Promoting Prostitution | July 25, 2017 |

X       The defendant is sentenced as provided in page ____2____ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc.    <u>4051</u>

Defendant's Year of Birth:    <u>1972</u>

City and State of Defendant's Residence:
Alma, Arkansas 72921

November 28, 2017
_____
Date of Imposition of Judgment

/S/ P.K. Holmes, III
_____
Signature of Judge

Honorable P.K. Holmes, III, Chief United States District Judge
_____
Name and Title of Judge

November 28, 2017
_____
Date

DEFENDANT:        LEE HALL, III
CASE NUMBER:      2:13CR20005-001

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total

term of :        **Twenty-one (21) months.  Further, there will be no term of supervised release to follow the term of imprisonment.**

☐ The court makes the following recommendations to the Bureau of Prisons:

X   The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at  _____  ☐ a.m.  ☐ p.m.  on  _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on  _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

    Defendant delivered on  _____  to  _____

at  _____  with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By  _____
DEPUTY UNITED STATES MARSHAL